Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed
February 27, 2007








 

Petition
for Writ of Mandamus Dismissed and Memorandum Opinion filed February 27, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00087-CV

____________

 

IN RE EDWARD C. CANTU, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
January 29, 2007, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to issue a writ of mandamus directed to the Texas
Board of Pardons and Paroles.

We do
not have jurisdiction to issue the relief relator has requested.  In re
Parker, No. 04-06-00007-CV, 2006 WL 166570 (Tex. App.CSan Antonio Jan. 25, 2006, orig.
proceeding).  We accordingly dismiss relator=s petition for lack of jurisdiction. 

PER CURIAM

 

Petition Dismissed and Memorandum
Opinion filed February 27, 2007.

Panel consists of Justices Frost,
Seymore, and Guzman.